■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL GELZER, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about October 19, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Buckley and Gonzalez, JJ.